UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LETICIA OLIVAN,

          Plaintiff,          No. 11-cv-13950

vs.                                     Hon. Gerald E. Rosen

Henry Ford Hospital, a Michigan
corporation a/k/a HENRY FORD
HEALTH SYSTEM, INC.,

          Defendant.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on March 29, 2013

PRESENT:    Honorable Gerald E. Rosen
                      United States District Chief Judge

The Court having this date entered an Opinion and Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's Complaint, in its entirety, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

Dated: March 29, 2013                s/Gerald E. Rosen
                                               Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5135